IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | | |
|---|---|---|
| MARY McNALLY | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:11-cv-13286 |
| v. | ) | |
| | ) | Hon. Thomas L. Ludington |
| COMMERCIAL RECOVERY SYSTEMS, INC. | ) ) ) | |
| Defendant. | ) | |
| _____ | ) | |

WEISBERG & MEYERS, LLC
Ronald S. Weiss (P48762)
7035 Orchard Lake Road, Suite 600
West Bloomfield, MI 48322
RWeiss@AttorneysForConsumers.com
(888) 595-9111 ext. 230
(866) 565-1327 Fax
*Lead Counsel for Plaintiff*

**Correspondence address**
Weisberg & Meyers, LLC
5025 N. Central Ave., #602
Phoenix, AZ 85012

_____

### NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of Michigan, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and to file a Dismissal in this matter. This Court shall retain jurisdiction over this matter until fully resolved.

By: s/Ronald S. Weiss
Ronald S. Weiss (48762)

## WEISBERG & MEYERS, LLC

Filed electronically on this 5th day of January, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 5th day of January, 2012 to:

Mr. Jeff Wood, Esq.
Commercial Recovery Systems, Inc.
8035 E.R.L. Thornton Freeway Suite 220
Dallas, TX  75228


By: s/Ronald S. Weiss
      Ronald S. Weiss