IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| MARY McNALLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-cv-13286-TLL-CEB |
| v. ) | |
| ) | HON. THOMAS L. LUDINGTON |
| COMMERCIAL RECOVERY SYSTEMS, ) | |
| INC. ) | MAG. JUDGE CHARLES E. BINDER |
| ) | |
| Defendant. ) | |
| _____ ) | |

| | |
|---|---|
| **WEISBERG & MEYERS, LLC** | **Correspondence address** |
| Ronald S. Weiss (P48762) | Weisberg & Meyers, LLC |
| 7035 Orchard Lake Road, Suite 600 | 5025 N. Central Ave., #602 |
| West Bloomfield, MI 48322 | Phoenix, AZ 85012 |
| RWeiss@AttorneysForConsumers.com | |
| (888) 595-9111 ext. 230 | |
| (866) 565-1327 Fax | |
| *Lead Counsel for Plaintiff* | |

_____

### NOTICE OF DISMISSAL WITH PREJUDICE
_____

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, notice is hereby given that Plaintiff has filed with the Clerk of the United States District Court of the Eastern District of Michigan Northern Division, Plaintiff's Notice of Dismissal of Case With Prejudice, a copy of which is herewith served upon Defendant.

Respectfully submitted,

February 24, 2012          /s/ Ronald S. Weiss
                           Ronald S. Weiss

          Weisberg & Meyers LLC
          7035 Orchard Lake Road, Suite 600
          West Bloomfield, MI 48322
          RWeiss@AttorneysForConsumers.com

## CERTIFICATE OF SERVICE

      I certify that on February 24, 2012, I electronically filed the foregoing document with the clerk of the U.S. District Court of Michigan, using the electronic case filing system of the court.

By: s/Ronald S. Weiss
     Ronald S. Weiss

Notification sent electronically via email on this 24th day of February, 2012 to:

Mr. Jeff Wood, Esq.
**Email:** jwood@crsresults.com
Commercial Recovery Systems, Inc.
8035 E.R.L. Thornton Freeway, Suite #220
Dallas, TX 75228

By: s/ Ronald S. Weiss
     Ronald S. Weiss